THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL WIRTSCHAFTER, Appellant.

Argued April 17, 1945; decided May 24, 1945.

*Mordecai Konowitz* and *Abraham J. Gellinoff* for appellant.
*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.